#151601

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO. 09-20506 |
| | ) | |
| PETER M. PHILLIPS, | ) | CHAPTER 7 CASE |
| | ) | |
| Debtor(s). | ) | JUDGE MORGENSTERN-CLARREN |

TO THE CLERK OF COURT:

The attached check no.108 in the amount of $26.72 represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Matco Tools<br>4403 Allen Road<br>Stow, OH 44224-1096 | 3 | $716.64 | $26.72  ck 108 |

DATED: December 29, 2010

_____
DAVID O. SIMON, TRUSTEE

FILED 2010 DEC 29 PM 3:23
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND